**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDELA CORPORATION,

      Plaintiff,

      v.

PALOMAR MEDICAL TECHNOLOGIES,

      Defendant

_____/

No. C 08-80011 MISC PJH

**ORDER OF REFERENCE**

      Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff Candela Corporation's motion to compel Dr. Vic Narukar to produce documents. The parties will be advised of the date and time of any hearing by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:  February 6, 2008

_____

PHYLLIS J. HAMILTON
United States District Judge