1  FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
   11250 EL CAMINO REAL, SUITE 200
2  SAN DIEGO, CA 92130
   TELEPHONE: 858.847.6700
3  FACSIMILE: 858.792.6773

   Debra D. Nye, Cal. Bar No. 226076
4  dnye@foley.com

   Attorneys For Respondent,
5  VIC NARURKAR, M.D.

6           UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9  CANDELA CORPORATION, et al.,        )  Case No. C08-80011 Misc PJH (EDL)
                                        )
10         Plaintiffs,                  )  **VIC NARURKAR, M.D.'s STATEMENT**
                                        )  **OF RECENT DECISIONS**
11     v.                               )
                                        )  Hearing:  March 11, 2008
12 PALOMAR MEDICAL TECHNOLOGIES,        )  Time:     9:00 a.m.
   INC.,                                )  Place:    Courtroom E
13                                      )
           Defendant.                   )  The Honorable Elizabeth Laporte
14                                      )
                                        )
15                                      )

16

17         Pursuant to Civil L.R. 7.3(d), Dr. Narurkar submits the following relevant judicial

18 opinions published after the date the opposition and reply were filed. These judicial opinions are

19 orders from two different district courts regarding plaintiffs' substantively identical motions to

20 compel non-party physicians to produce documents pursuant to substantively identical subpoenas

21 as in this case.

22 Ex. A; *Candela Corp. v. Palomar Med. Techs., Inc.*, No. M-8-85 (S.D. N.Y. Feb. 21, 2008); and

23 Ex. B; *Candela Corp. v. Palomar Med. Techs., Inc.*, No. 2:08MC7 (E.D. Va. Feb. 26, 2008).

24 DATE: FEBRUARY 27, 2008                    FOLEY & LARDNER LLP
25

26
                                              /s/
27                                     _____
                                              DEBRA D. NYE
28

DR. VIC NARURKAR'S STATEMENT OF RECENT DECISIONS
CASE NO. C08-80011 MISC PJH (EDL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CANDELA CORPORATION,              :

              Plaintiff,    :    M-8-85

      - v -                       :    MEMORANDUM AND ORDER

PALOMAR MEDICAL TECHNOLOGIES, INC., :

              Defendant.    :

------------------------------------x

McKENNA, D.J.,

    Plaintiff moves for an order compelling Kenneth O. Rothaus, M.D., a non-party resident of this district, to produce documents described in a subpoena duces tecum to him issued in this district.[1] The documents sought, in ten categories described in the subpoena, some of which plainly call for medical records of patients, are extensive, and, in the context revealed by the motion, the subpoena, to a non-party practicing physician, is burdensome and oppressive.

    Dr. Rothaus is to produce, prior to his deposition, copies of (i) all communications, or documents recording communications, between himself and defendant, and (ii) copies of all documents reflecting his teaching activities at seminars and

---

[1] In the underlying action, pending in the United States District Court for the Eastern District of Texas, plaintiff claims that defendant is infringing three patents which describe "methods and apparatuses for wrinkle treatment and skin rejuvenation" (Plaintiffs' Second Amended Complaint for Patent Infringement, ¶ 12) or "methods for wrinkle treatment and skin rejuvenation." (Id. ¶¶ 19, 26.)

COPIES MAILED TO COUNSEL   FEB 2 1 2008

the like, in each case for the period beginning January 1, 2000. Sufficient information can be gathered from oral questioning of Dr. Rothaus at his deposition about his use of the methods and apparatuses claimed to be infringed. The Court is not persuaded that plaintiff needs the information sought about specific patients' cases.

The motion to compel is granted to the extent set forth in the preceding paragraph and otherwise denied.

Dated: February 2/, 2008

SO ORDERED.

Lawrence M. McKenna
U.S.D.J.
Part I

2

```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                     Norfolk Division
```

CANDELA CORPORATION,

                Plaintiff,

v.                                                      2:08MC7

PALOMAR MEDICAL TECHNOLOGIES, INC.,

                Defendant.

                        O R D E R

        This matter is before the Court on plaintiff's motion to compel Dr. David McDaniel, a non-party resident of the Eastern District of Virginia, to produce documents pursuant to a subpoena duces tecum. The subpoena seeks medical records, photographs, marketing and product information, and communications between defendant and McDaniel.

        It is hereby ORDERED, that McDaniel produce all materials relevant to inducements encouraging doctors to use Palomar products, which are the subject of this suit, including all communications or documents regarding communications. McDaniel is further ORDERED to produce all materials related to patient treatments which arise from the three patents held by plaintiff. McDaniel is not required to produce material related to any other forms of treatment involving the Palomar devices; only those related to wrinkle treatments, nor is he required to submit information about any other medical care he may have rendered. Furthermore, McDaniel may exclude specific identification of patients, but an identification number should be provided for identification purposes, in the event there is any necessary follow-up.

        Regarding photographs of patients, including pictures taken before and after treatment, the Court DENIES plaintiff's motion for the material. At this stage of the case, the need to protect the identity

and privacy of the non-party patients outweighs the relevancy and necessity of the photographs. Plaintiff retains the right to make a supplemental request for additional production at a later time, if counsel deems the production of such photographs a necessity. However, production will not be ordered in the absence of evidence of need.

    Regarding depositions, the Court finds that McDaniels' deposition may be taken if plaintiff deems it necessary. However, the deposition shall last no longer than one day, from 9:30 a.m. until 5:30 p.m., including a one hour lunch break.

    The Clerk shall mail a copy of this Order to all counsel of record.

/s/
James E. Bradberry
United States Magistrate Judge

Norfolk, Virginia

**February 26, 2008**