UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELA CORPORATION, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC.,<br><br>*Defendant*. | Case No. C08-80011 Misc PJH (EDL).<br><br>**[JOINT PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DR. VIC NARURKAR TO PRODUCE SUBPOENAED DOCUMENTS** |

This matter is before the Court on Plaintiffs' motion to compel Dr. Vic Narurkar, a non-party resident of the Northern District of California, to produce documents pursuant to a subpoena duces tecum. The subpoena seeks medical records, photographs, marketing and product information, and communications between Defendant and Dr. Narurkar. Plaintiffs' motion to compel is allowed in part and denied in part.

It is hereby ORDERED that Dr. Narurkar produce all materials requested by Plaintiffs relevant to Dr. Narurkar's marketing for the treatment of wrinkles or attempted treatment of wrinkles using the accused Palomar products, including any photographs that Dr. Narurkar has used to market his services.

Dr. Narurkar is further ORDERED to produce those patient records, up to a total for 6 patients, relating to any treatment of wrinkles or attempted treatment of wrinkles using an accused Palomar products found within a search lasting no more than four hours. Dr. Narurkar shall search for such records alphabetically, beginning with the letter "A" but excluding any records predating January 1, 2006. Dr. Narurkar is to conduct this search in good faith. Dr. Narurkar is to redact

1  identifying patient information from the records produced and is not required to produce
2  photographs from the patient files.
3      It is further ORDERED that Dr. Narurkar is to make himself available for a deposition
4  lasting no more than one day.

6  IT IS SO ORDERED.

8      Dated: _____      _____
                                            The Honorable Elizabeth D. Laporte
                                            United States Magistrate Judge

Case 3:08-mc-80011-PJH   Document 11   Filed 03/17/2008   Page 3 of 3